UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

In Re: DANNY M. TUCKERCase No. 12-51167
REBECCA JANE TUCKER

___

**MOTION FOR TURNOVER**

Comes now Elizabeth G. Andrus ("Trustee"), who represents:

1.

The debtors DANNY M. TUCKER and REBECCA JANE TUCKER filed a Voluntary Petition pursuant to Chapter 13 of Title 11, United Stated Code on September 20, 2012, which was co nverted to a case under chapter 7 on Ocober 21, 2013, and the first meeting of creditors in the Chapter 7 was scheduled and held on December 5, 2013.

2.

Elizabeth G. Andrus was appointed as interim trustee, has qualified as permanent trustee and continues to serve in that capacity.

3.

At the meeting of creditors it was determined that the sum of $21,471.44 being held in debtor's attorney's trust account was property of the Chapter 7 bankruptcy estate, and Trustee requested immediate turnover of same, along with a copy of the vehicle registration or title for the 2010 Mazda 6 listed in the schedules.

4.

Trustee made further demands for turnover, but, to date, the debtors have failed to respond in any way to Trustee's requests.

5.

Delays in obtaining the requested turnover may cause accrual of bank service fees, which fees will be administrative expenses of this estate necessitated by the delays caused by the debtors; therefore, Trustee seeks an Order requiring the debtor to pay all said fees.

6.

The trustee further requests the Court to order the debtor to make payment to the estate of the sum of $800.00 as attorney fees for the necessity of filing this motion.

WHEREFORE, Elizabeth G. Andrus, Trustee prays that the Court order the debtor to:

a. Turn over the sum of $21,471.44 being held in debtor's attorney's trust account;
b. Turnover a copy of the vehicle registration or title for the 2010 Mazda 6 listed in the schedules;

   c. Tturn over to the trustee all bank service fees that accrue, as instructed by the trustee; and

   d. immediately pay to the trustee the sum of $800.00 as attorney fees to the estate for the necessity of filing this motion.

                      ANDRUS LAW FIRM

                      */s/ Elizabeth G. Andrus*
                      ELIZABETH G. ANDRUS, #06309
                      500 Dover Blvd., Suite 334
                      Lafayette, Louisiana  70503
                      Telephone: (337) 981-3858

## **CERTIFICATE**

     I hereby certify that I have served a copy of the foregoing pleading on the Office of the U.S. Trustee, 300 Fannin St, Ste 3196, Shreveport, LA, 71101, the Debtors, 2378 Hwy 357, Opelousas LA 70570, and counsel, W. Simmons Sandoz, P.O. Drawer 471, Opelousas LA 70571, through the Court's electronic noticing system and/or by depositing same in the U.S. Mail, today, January 13, 2014.

                      */s/ Elizabeth G. Andrus*
                      ELIZABETH G. ANDRUS